**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Anna R. Flores and Fernando Carillo, Individually and d/b/a Las Tapatias Restaurante, Las Tapatias I, LLC d/b/a Las Tapatias Restaurante and John Does I-V,<br><br>Defendants. | Civil No. 10-4800 (RHK-JJK)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF ANNA RUIZ FLORES** |

Pursuant to the parties' Stipulation for Voluntary Dismissal of Anna Ruiz Flores, (Doc. No. 7), **IT IS ORDERED** that the Stipulation is approved, and the above-entitled matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Anna Ruiz Flores, pursuant to Federal Rule of Civil Procedure 41.

Dated: January 25, 2011

                                                                          s/Richard H. Kyle
                                                                          RICHARD H. KYLE
                                                                           United States District Judge